IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) EDWIN SUAREZ-RIVERA**<br>2) CARLOS JAVIER RODRIGUEZ-MOJICA<br>Defendants | CRIMINAL 11-0504CCC |

## ORDER

Having considered the Report and Recommendation filed on February 28, 2013 (**docket entry 105**) on a Rule 11 proceeding of defendant Edwin Suárez-Rivera (1) held before U.S. Magistrate Judge Silvia Carreño-Coll on February 13, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 13, 2013. The **sentencing hearing is set for May 15, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 18, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge